JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA -- EASTERN DIVISION

| | |
|---|---|
| VICTOR PAGE, an individual, | **CASE NO.:** 5:16-cv-02024-CAS (KKx) |
| Plaintiff, | |
| | **JUDGE:** Christina A. Snyder |
| v. | |
| JP MORGAN CHASE BANK, a national banking association chartered by the United States of America, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO STATE STREET BANK AND TRUST, AS TRUSTEE FOR WAMMS 2003-MS6, ITS SUCCESSORS AND ASSIGNS, a national banking association chartered by the United States of America, THE WOLF FIRM, a California law corporation, and DOES 1-20, and ALL PERSONS CLAIMING ANY RIGHT OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT HEREIN, | [~~PROPOSED~~] ORDER |
| Defendants. | |

1  **IT IS ORDERED THAT:**

2  The civil case is hereby remanded to the Superior Court of California.

3

4  DATED: November 15, 2016    _____

5  HON. CHRISTINA A. SNYDER